IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

v. No. 23-CR-01716-DHU

VICTOR BOLIVAR,

Defendants.

**UNOPPOSED MOTION TO WITHDRAW PLEA**
**TO ALLOW THE ENTRY OF A CORRECTED PLEA DEAL**

The Defendant, Victor Bolivar, through his attorney, the Esquibel Law Firm (Diego R. Esquibel), pursuant to the provisions of FED. R. CRIM. P. 11(d) hereby moves the Court to allow the withdrawal of Mr. Bolivar's plea on July 17, 2025, to allow for Mr. Bolivar to enter a corrected plea:

1. Mr. Bolivar entered a guilty plea on July 17, 2025, at which time the acceptance of the plea was "deferred until final disposition hearing by the district judge.". (Doc. 67).
2. The plea was negotiated by counsel for a significant time prior to the entry of that plea.
3. Parties wish to withdraw this plea and substitute a guilty plea to count 2 of the indictment which is still a guilty plea to a B level offense.
4. The entry of this new plea will not affect the calculations of the guidelines sentence in the PSR, or possible penalties Mr. Boliver faces
5. The purpose of entering a plea to a deferent count would be to properly align with the intent of the parties in the plea negotiation.
6. Allowing this to happen would also qualify for fair and just reason for withdrawing this plea if it were necessary.

7. Counsel has conferred with Assistant United States Attorney, Blake Nichols, and the Government does not oppose this motion and agrees there is good cause for this motion.

WHEREFORE, Victor Bolivar through his undersigned counsel, respectfully requests that the Court allow for the withdrawal of the plea to allow a new Change of plea setting to be made.

Respectfully Submitted By:

Esquibel Law Firm
***By: /s/ Diego R. Esquibel***
Diego R. Esquibel
Attorney for Defendant Victor Bolivar
1911 Wyoming Blvd. NE
Albuquerque, NM 87112
(505) 275-3200

I HEREBY CERTIFY THAT on January 29, 2026 I filed the foregoing electronically through the CM/ECF system, which caused all parties to be served by electronic means.

***/s/ Diego R. Esquibel***

Approved by: Blake Nichols, AUSA